IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STERICYCLE, INC., a Delaware Corporation, STERICYCLE SPECIALTY WASTE SOLUTIONS INC., a Delaware Corporation; EILEEN DEL RIO, an individual; BARRY DAVIS, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | No. CV11-04094 TEH<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: 09/14/2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE