DANIEL L. FEDER, (130867)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA 94104
Tel: (415) 391-9476

Attorneys for Plaintiff
Hassan Ali

JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
1615 Hopkins Street
Berkeley, CA 94707
Tel/Fax:   (510) 649-3420

Attorneys for Defendants
Stericycle, Inc., Stericycle Specialty
Waste Solutions, Inc., Eileen Del Rio, and
Barry Davis

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI, an Individual, | Case No. C11-04094 PJH |
| Plaintiff, | |
| vs. | Stipulation of the Parties and ~~Proposed~~ Order re Re-setting Motions to Dismiss and to Remand and Setting Opposition and Reply Dates |
| STERICYCLE, INC., a Delaware Corporation, STERICYCLE SPECIALTY WASTE SOLUTIONS INC., a Delaware Corporation; EILEEN DEL RIO, an individual; BARRY DAVIS, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

This Action was removed to this Court on August 19, 2011, pursuant to 28 U.S.C. section 1441 subd. (b).  The Action was assigned to the Hon. Thelton Henderson.  On September 12, 2011, Plaintiff filed a Motion to Remand.  On the same date, Defendants Eileen Del Rio and Barry Davis filed Motions to Dismiss.  The parties set both Motions to be heard on October 24, 2011.  On

STIPULATION OF THE PARTIES RESETTING HEARING DATE AND SETTING A BRIEFING SCHEDULE – Page 1

1  September 14, 2011, the parties received notice of an Order of Recusal by Judge Henderson.  And, on

2  September 19, 2011, the parties were notified of the re-assignment of this Action to this Court.

3  As a result of the transfer, the Motion hearing dates were vacated.  The parties, thus, stipulate

4  that their Motions be re-noticed to January 11, 2012, at 9:00 a.m.   The parties further stipulate to

5  modify the briefing schedule for opposition and replies to the Motions as follows:  Opposition shall be

6  filed and served electronically on or before October 31, 2011, and Reply shall be filed and served

7  electronically on or before November 18, 2011.

8  The parties have not requested a prior enlargement of time.  As of this date there are no other

9  pending hearings scheduled and this request to enlarge time will have no impact on the calendar for

10 this Action.  The parties have re-set the Motions' hearing date for the next available date.  The request

11 to enlarge the briefing schedule is for the convenience of the parties and in light of the extended time

12 before the hearing.  The parties' proposed briefing schedule will be completed over one month before

13 the hearing date and is scheduled in an attempt to avoid any inconvenience to the Court.

15  DATED:  September 25, 2011         DESOUZA LAW OFFICES
                                      a professional corporation

                                      By: ____/s/ Jacqueline deSouza _____
17                                    Jacqueline deSouza
                                      Attorneys for Defendants Stericycle, Inc.,
18                                    Stericycle Specialty Waste Solutions, Inc.,
                                      Eileen Del Rio, and Barry Davis

21  DATED:  September 25, 2011         LAW OFFICES OF DANIEL FEDER

                                      By: ____/s/ Daniel Feder _____
22                                    Daniel Feder
                                      Attorneys for Plaintiff Hassan Ali

25 After considering the Stipulation of the Parties, this Court finds good cause and GRANTS the

26 Stipulation to re-set the hearing date on the Motion for Remand and Motion to Dismiss to January 11,

27 2012, at 9:00 a.m. in this Court.  This Court finds good cause to GRANT the parties' Stipulation for

   briefing.  Any opposition to the Motions will be filed and served electronically on or before October

1  31, 2011.  Any reply to the Motions will be filed and served electronically on or before November 18,
2  2011.  The hearing on the motions will be held on January 11, 2012 at 9:00 a.m.

IT IS ORDERED:

Date: ___September 27_____, 2011     _____
                                                 The Hon. Phyllis J. Hamilton
                                                 United States District Judge
                                                 Northern District of California



STIPULATION OF THE PARTIES RESETTING HEARING DATE AND SETTING A BRIEFING SCHEDULE – Page 3