1  DANIEL L. FEDER, (130867)
   LAW OFFICES OF DANIEL FEDER
2  332 Pine Street, Suite 700
   San Francisco, CA 94104
3  Tel: (415) 391-9476

4  Attorneys for Plaintiff
   Hassan Ali
5

6  JACQUELINE DESOUZA, State Bar No.:133686
   DESOUZA LAW OFFICES, a professional corporation
7  1615 Hopkins Street
   Berkeley, CA 94707
8  Tel/Fax:    (510) 649-3420

9  Attorneys for Defendants
   Stericycle, Inc., Stericycle Specialty
10 Waste Solutions, Inc., Eileen Del Rio, and
   Barry Davis
11

12

13               IN THE UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 HASSAN ALI, an Individual,                    Case No. C11-04094 PJH

17           Plaintiff,

18 vs.                                           Stipulation of the Parties and ~~Proposed~~ Order re
                                                 Re-setting Motions to Dismiss and to Remand
19 STERICYCLE, INC., a Delaware Corporation,     and Setting Opposition and Reply Dates
   STERICYCLE SPECIALTY WASTE
20 SOLUTIONS INC., a Delaware Corporation;
   EILEEN DEL RIO, an individual; BARRY
21 DAVIS, an individual; and DOES 1-100,
   inclusive,
22

23           Defendants.
   _____/
24

25     This Action was removed to this Court on August 19, 2011, pursuant to 28 U.S.C. section 1441

26 subd. (b).  The Action was assigned to the Hon. Thelton Henderson.  On September 12, 2011,

27 Plaintiff filed a Motion to Remand.  On the same date, Defendants Eileen Del Rio and Barry Davis

28 filed Motions to Dismiss.  The parties set both Motions to be heard on October 24, 2011.  On

STIPULATION OF THE PARTIES RESETTING HEARING DATE AND SETTING A BRIEFING SCHEDULE – Page 1

1  September 14, 2011, the parties received notice of an Order of Recusal by Judge Henderson.  And, on

2  September 19, 2011, the parties were notified of the re-assignment of this Action to this Court.

3  As a result of the transfer, the Motion hearing dates were vacated.  The parties, thus, stipulate

4  that their Motions be re-noticed to January 11, 2012, at 9:00 a.m.   The parties further stipulate to

5  modify the briefing schedule for opposition and replies to the Motions as follows:  Opposition shall be

6  filed and served electronically on or before October 31, 2011, and Reply shall be filed and served

7  electronically on or before November 18, 2011.

8  The parties have not requested a prior enlargement of time.  As of this date there are no other

9  pending hearings scheduled and this request to enlarge time will have no impact on the calendar for

10 this Action.  The parties have re-set the Motions' hearing date for the next available date.  The request

11 to enlarge the briefing schedule is for the convenience of the parties and in light of the extended time

12 before the hearing.  The parties' proposed briefing schedule will be completed over one month before

13 the hearing date and is scheduled in an attempt to avoid any inconvenience to the Court.

15  DATED:  September 25, 2011            DESOUZA LAW OFFICES
                                          a professional corporation

                                          By: ____/s/ Jacqueline deSouza _____
17                                        Jacqueline deSouza
                                          Attorneys for Defendants Stericycle, Inc.,
18                                        Stericycle Specialty Waste Solutions, Inc.,
                                          Eileen Del Rio, and Barry Davis

20  DATED:  September 25, 2011            LAW OFFICES OF DANIEL FEDER
21
                                          By: ____/s/ Daniel Feder _____
22                                        Daniel Feder
                                          Attorneys for Plaintiff Hassan Ali

25  After considering the Stipulation of the Parties, this Court finds good cause and GRANTS the

26  Stipulation to re-set the hearing date on the Motion for Remand and Motion to Dismiss to January 11,

27  2012, at 9:00 a.m. in this Court.  This Court finds good cause to GRANT the parties' Stipulation for

    briefing.  Any opposition to the Motions will be filed and served electronically on or before October
28

1  31, 2011.  Any reply to the Motions will be filed and served electronically on or before November 18,
2  2011.  The hearing on the motions will be held on January 11, 2012 at 9:00 a.m.

IT IS ORDERED:

Date: ___September 27_____, 2011

_____
The Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

STIPULATION OF THE PARTIES RESETTING HEARING DATE AND SETTING A BRIEFING SCHEDULE – Page 3